UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| BEVERLY FALKENBERG,<br><br>              Plaintiff,<br><br>  vs.<br><br>GAB ROBINS NORTH AMERICA,<br>INC., a foreign corporation,<br><br>              Defendant. | NO.  CV-06-0057-EFS<br><br>**ORDER OF DISMISSAL** |
|---|---|

     By Stipulation filed March 23, 2007, (Ct. Rec. 22), the parties advised the court that the parties agree that the matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

     Accordingly, **IT IS ORDERED** the above-captioned matter is **DISMISSED with prejudice** and **without costs** or fees awarded to any party.

     **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, strike all pending trial and hearing dates, distribute copies to counsel, and close the file.

     **DATED** this  26th  day of March 2007.


                               S/ Edward F. Shea
                               EDWARD F. SHEA
                      UNITED STATES DISTRICT JUDGE

Q:\Civil\2006\0057.dismiss.wpd

ORDER OF DISMISSAL -- 1